**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8   IN THE UNITED STATES DISTRICT COURT
9   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  ARUNEE RYLES,                              No. C-04-5326 SBA (MEJ)
              Plaintiff(s),
12                                             NOTICE AND ORDER SCHEDULING
       vs.                                     SETTLEMENT CONFERENCE
13
    PALACE HOTEL,
14
              Defendant(s).
15                                          /
16
17  TO ALL PARTIES and their Attorneys of Record:
18          PLEASE TAKE NOTICE that this case per Judge Armstrong's order has been rescheduled
19  for a Settlement Conference before Magistrate Judge Maria-Elena James.  The Settlement
20  Conference shall take place on **August 28, 2006 at 2:00** p.m. in **Judge James' <u>chambers</u>**, located
21  at the Federal Building, 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102.  On
22  the date of the settlement conference, counsel and parties shall use the telephone adjacent to
23  chambers' security entrance to notify the Court of their arrival.  The parties shall notify the Court if
24  the matter has settled or been dismissed before the date of the conference.
25          Settlement Conference statements shall be submitted in accordance with Magistrate Judge
26  James' <u>STANDING ORDER RE: SETTLEMENT CONFERENCE PROCEDURES</u>, a copy of
27  which may be obtained from the Northern District of California's website at
28  http://www.cand.uscourts.gov/.  From the homepage, click on the "Judges" tab on the left margin,

1  then choose Magistrate Judge James.

2  When filing papers that require the Court to take any action (e.g. motions, calendaring issues,
3  administrative requests or a request to be excused from attendance), the parties shall, in addition to
4  filing papers electronically, lodge with chambers a printed copy of the papers by the close of the
5  next court day following the day the papers are filed electronically.  These printed copies shall be
6  marked "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly
7  marked with Judge James' name, case number and "E-Filing Chambers Copy."  Parties shall not file
8  a paper copy of any document with the Clerk's Office that has already been filed electronically.
9  **Any proposed orders must also be emailed to: mejpo@cand.uscourts.gov**

10  Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any
11  questions.

13  IT IS SO ORDERED.

14  Dated: August 9, 2006

15  _____
MARIA-ELENA JAMES
United States Magistrate Judge

2