United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARUNEE RYLES, | No. C 04-5326 SBA |
| Plaintiff, | |
| v. | **ORDER** |
| PALACE HOTEL et al., | [Docket No. 48] |
| Defendants. | |

This matter comes before the Court on Defendant's Motion to Enforce Settlement Agreement. The Court issued an Order denying the Motion on October 4, 2006. On October 11, 2006, Defendant filed a Reply Brief in support of the Motion. The Court construes this as a Motion for Reconsideration of the Order.

IT IS HEREBY ORDERED THAT Plaintiff shall file a response to Defendant's Motion for Reconsideration by October 20, 2006.

IT IS SO ORDERED.

Dated: 10/13/06

SAUNDRA BROWN ARMSTRONG
United States District Judge