| | |
|---|---|
| 1 | MELANIE D. POPPER, ESQ. (SBN: 236279) |
| | THE REVELATION LAW FIRM |
| 2 | 2034 Blake St., Suite 8 |
| | Berkeley, CA 94704 |
| 3 | Telephone: 1-510-665-4195 |
| | Facsimile: 1-510-665-4197 |
| 4 | |
| | STANLEY G. HILTON, ESQ. (SBN: 65990) |
| 5 | LAW OFFICES OF STANLEY G. HILTON |
| | 580 California St Room 500 |
| 6 | San Francisco, CA 94104 |
| | Telephone: (415) 439-4893 |
| 7 | Facsimile: (415) 283-3301 |
| 8 | Attorneys for Plaintiffs |
| | ARUNEE RYLES |

# UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARUNEE RYLES, | ) | Case No. C 04-5326 SBA |
| | ) | |
| Plaintiffs, | ) | **SUBSTITUTION OF ATTORNEY** |
| vs. | ) | |
| | ) | |
| PALACE HOTEL, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | / | |

Stanley G. Hilton, Law Offices of Stanley G. Hilton, 580 California St Room 500 San Francisco, CA 94104 at (415) 928-3410 agrees to be substituted out of the above-entitled case as former attorney for Plaintiff Arunee Ryles.

DATE: August 23, 2006

　　　　　　　　　　　　　　　　　　　　　　　/s/ *Stanley G. Hilton*
　　　　　　　　　　　　　　　　　　　　　　　Stanley G. Hilton

---

SUBSTITUTION OF ATTORNEY　　　　　　1　　　　　　CASE NO. C 04-5326 SBA

Melanie D. Popper, of The Revelation Law Firm, at 2034 Blake St., Suite 8, Berkeley, California, 94704, 510-665-4195, agrees to substitute into the above-entitled case as attorney for Plaintiff Arunee Ryles.

DATE: August 20, 2006

          /s/ *Melanie D. Popper*
          Melanie D. Popper

I consent to the substitution.

DATE: August 20, 2006

          /s/ *Arunee Ryles*
          PLAINTIFF ARUNEE RYLES

IT IS SO ORDERED.

DATE: 2/22/07

          *Saundra B Armstrong*
          Honorable Saundra Brown Armstrong