UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RYLES, | ) | No. C04-05326 SBA |
|         Plaintiff, | ) | |
| | ) | <u>ORDER DISMISSING ACTION</u> |
| vs. | ) | |
| PALACE HOTEL ET AL, | ) | |
|         Defendant. | ) | |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED.

IT IS SO ORDERED.

DATED: 3/8/07

                                                /s/ Saundra B Armstrong
                                    SAUNDRA BROWN ARMSTRONG
                                    United States District Judge